## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 175 WAL 2021

         Respondent          :

                             :    Petition for Allowance of Appeal

                             :    from the Order of the Superior Court

         v.                      :

                             :

DONTAE RAMONE PATRICK,          :

                             :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.